BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BARRY HALAJIAN; BARRY HALAJIAN SS MUNICIPLE CORPORATION,<br><br>        Defendants. | CASE NO.  1:13-cv-00468 AWI-SKO<br><br>**ORDER PERMITTING SERVICE BY PUBLICATION OF SUMMONS AND EXTENDING TIME FOR SERVICE** |

      Plaintiff United States of America, has filed a complaint to nullify false UCC-1 liens filed by Defendants Barry Halajian and Barry Halajian SS Municple Corporation against employees of the United States.  The United States has moved *ex parte* for entry of an order authorizing service of process by publication and for an extension of time in which to complete service.  Having considered plaintiff's *ex parte* application, and good cause appearing therefor, the Court ORDERS the following:

      1.    Pursuant to Fed. R. Civ. P. 4(m) and Cal. Code Civ. Proc. § 415.50, service upon Barry Halajian and Barry Halajian SS Municple Corporation shall be effectuated by publication of the summons not less than once a week for four consecutive weeks in the *Fresno Bee* newspaper.  The publication of summons shall be in the format of Exhibit B to the United States' Ex Parte Application for Order Permitting Service by Publication.

      2.    Barry Halajian and Barry Halajian SS Municple Corporation shall appear or plead in this action no later than twenty-one (21) days after service by publication is complete, and if there is no

appearance or pleading by such date, the Court shall proceed as if the absent defendants had been served with process within the State of California.

      3.     The United States is granted an extension of time to effect service of process upon Barry Halajian and Barry Halajian SS Municiple Corporation. Service of Process on Barry Halajian and Barry Halajian SS Municiple Corporation shall be completed by no later than August 31, 2013.

IT IS SO ORDERED.

Dated:   **June 5, 2013**                   **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE